FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 APR 13 AM 11: 54

CLERK
U.S. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:14-cr-00022-5 |
| | ) | |
| Sherone McBride | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Defendant McBride has filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) and Amendment 782 to the United States Sentencing Guidelines.

In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission, 18 U.S.C. § 3582(c)(2) allows the Court to reduce that term of imprisonment.

On December 8, 2014, the Court sentenced Defendant to a total term of 110 months custody following his plea of guilty to conspiracy to possess with intent to distribute cocaine hydrochloride, cocaine base, and marihuana. Amendment 782 was effective on November 1, 2014, *prior* to Defendant's sentencing date. Defendant's presentence investigation report was in fact amended on November 1, 2014, to incorporate the provisions of Amendment 782. As such, Defendant received the benefit of Amendment 782 at sentencing.

Given the above, Defendant does not qualify for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), and his Motion is DENIED.

SO ORDERED this 13th day of APRIL 2017.

WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2